# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | | |
|---|---|---|
| Jessica Melton, | ) | C/A No.: 4:22-CV-04591-JD-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | **NOTICE OF EXTENSION OF TIME** |
| | ) | |
| Town of Surfside Beach and John Gambone, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

NOTICE IS HEREBY GIVEN that counsel for Plaintiff and Defendants have agreed upon a 20-day extension of time within which Defendants shall file and serve their expert witness disclosures pursuant to the Second Amended Scheduling Order. This Notice of Extension of Time is in light of continued settlement negotiations between the parties. This notice shall not be construed as Plaintiff's consent to Defendants' Motion to Stay currently pending before the Court. Additionally, this extension has been confirmed in writing between counsel for the parties and otherwise conforms with the requirements set forth in the Federal Rules of Civil Procedure.

Respectfully submitted,

**RICHARDSON PLOWDEN & ROBINSON, P.A.**
Lisa A. Thomas, Esquire (Federal ID #9950)
Patrick L. Huff, Esquire (Federal ID #13925)
*Attorneys for Defendant Gambone*

*s/ Patrick L. Huff*
Richardson, Plowden & Robinson, P.A.
2103 Farlow Street
Myrtle Beach, SC 29577
(843) 443-3580 – voice (LAT)
(843) 353-4640 – voice (PLH)
LThomas@RichardsonPlowden.com
PHuff@RichardsonPlowden.com

December 4, 2023
Myrtle Beach, South Carolina

**I/WE CONSENT:**

               **RICHARDSON PLOWDEN & ROBINSON, P.A.**

               By: *s/ Drew Hamilton Butler*
               Drew Hamilton Butler, Esquire (Federal ID #8083)
               James E. Haarsgaard, Esquire (Federal ID #12298)
               Paul T. Mandel, Esquire (Federal ID #14025)
               235 MaGrath Darby Blvd., Suite 100
               Mt. Pleasant, SC 294464
               Phone: (843) 805-6550
               *Attorneys for Defendant Town of Surfside Beach*

               **EVANS MOORE, LLC**

               By: *s/ James B. Moore, III*
               James B. Moore, III, Esquire (Federal ID #10844)
               Scott C. Evans, Esquire (Federal ID #10874)
               121 Screven Street
               Georgetown, SC 29440
               Phone: (843) 995-5000

               Amy S. Lawrence, Esquire (Federal ID #77242)
               804 N. Oak Street
               Myrtle Beach, SC 29577
               (843) 839-4111

               *Attorneys for the Plaintiff*