UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

|  |  |  |
|---|---|---|
| Jessica Melton, | ) | Civil Action No. 4:22-CV-04591-JD-KDW |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| -vs- | ) | **STIPULATION OF DISMISSAL** |
|  | ) |  |
| Town of Surfside Beach and John Gambone, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, the Plaintiff and Defendants in the above-captioned case, by and through their undersigned counsel, hereby stipulate and give notice of the dismissal of this action, with prejudice, and each party bearing their own costs and fees.

Respectfully submitted this 18th day of December, 2023.

| **WE CONSENT:** | **WE CONSENT:** |
|---|---|
| EVANS MOORE, LLC | RICHARDSON PLOWDEN & ROBINSON, P.A. |
| *s/James B. Moore* | *s/ Drew H. Butler* |
| James B. Moore, III (Fed ID #10844) | Drew Hamilton Butler (Fed ID #8083) |
| Scott C. Evans (Fed ID #10874) | James E. Haarsgaard (Fed ID #12298) |
| 121 Screven Street | Paul T. Mandel (Fed ID #14025) |
| Georgetown, SC 29440 | 235 Magrath Darby Blvd., Suite 100 |
| (843) 995-5000 | Mt. Pleasant SC 29464 |
| james@evansmoorelaw.com | 843-805-6550 |
| scott@evansmoorelaw.com | dbutler@richardsonplowden.com |
|  | jhaarsgaard@richardsonplowden.com |
| *Attorneys for Plaintiff* | pmandel@richardsonplowden.com |
|  | *Attorneys for Defendant Town of Surfside Beach* |

**WE CONSENT:**

RICHARDSON PLOWDEN & ROBINSON, P.A.

 s/Lisa A. Thomas
Lisa A. Thomas (Fed ID #9950)
Patrick L. Huff (Fed ID #13925)
2103 Farlow Street
Myrtle Beach, SC 29578
(843) 443-3580
lthomas@richardsonplowden.com
phuff@richardsonplowden.com

***Attorneys for Defendant John Gambone***